UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANICE SHIPLEY, | ) |
|     Plaintiff, | ) |
| v. | ) CAUSE NO: 1:13-cv-937-TWP-DML |
| FRANCISCAN ALLIANCE INC., a/k/a FRANCISCAN ST. FRANCIS HEALTH and ST. FRANCIS HOSPITAL & HEALTH CENTERS f/k/a SISTERS OF ST. FRANCIS HEALTH SERVICES, INC., | ) |
|     Defendant. | ) |

**ORDER**

This matter comes before the Court on the Stipulation of Dismissal with Prejudice filed jointly by Plaintiff, Janice Shipley, and Defendant, Franciscan Alliance, Inc. a/k/a Franciscan St. Francis Health and St. Francis Hospital & Health Centers f/k/a Sisters of St. Francis Health Services, Inc.

AND THE COURT being duly advised in the premises having reviewed said Stipulation, hereby DISMISSES THIS ACTION, WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED this day: 03/07/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

John H. Haskin
JOHN H. HASKIN & ASSOCIATES
jhaskin@hlllaw.com

Ryan C. Fox
JOHN H. HASKIN & ASSOCIATES
rfox@hlllaw.com

Craig M. Williams
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
cwilliams@hallrender.com

1544035v.1